UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                         Case No. 15-33020-DHW
                                              Chapter 13
SITORA CHEV LEVETT,

    Debtor.

### ORDER DENYING MOTION TO EXTEND THE AUTOMATIC STAY

The debtor filed a motion under 11 U.S.C. § 362(c)(3) to extend the automatic stay as to all creditors. The motion came on for hearing on November 16, 2015 after notice to all creditors. The debtor failed to appear. Accordingly, it is

ORDERED that the motion is DENIED as to all creditors.

Done this 17th day of November, 2015.

    Dwight H. Williams, Jr.
    United States Bankruptcy Judge

c:    Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Curtis C. Reding, Trustee